UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY D. SPARKS,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No. 1:18-cv-00778-JDP<br><br>ORDER SETTING CASE FOR STATUS CONFERENCE |

Plaintiff Rodney D. Sparks ("claimant") appealed defendant's decision denying his application for Social Security benefits by filing a complaint before this court on June 7, 2018. ECF No. 1. The court issued a scheduling order on June 14, 2018. ECF No. 5. The scheduling order provides that the Commissioner was to serve a copy of the administrative record on appellant and file it with the court by November 13, 2018. *Id.* The commissioner lodged the administrative record with the court on November 13, 2018, ECF No. 10, but did not serve claimant with a copy of the administrative record until March 1, 2019, ECF No. 12.

Pursuant to the scheduling order, claimant was to serve on respondent a letter brief outlining the reasons why he contends that a remand is warranted by March 31, 2019. ECF No. 5. A separate proof of service reflecting that the letter brief was served on respondent was to be filed with the court. *Id.* To date, claimant has filed no such proof of service.

1

Considering the foregoing, the court will set this matter for a status conference.

**Order**

The matter is set for a telephonic status conference on August 14, 2019 at 2:00 p.m. before Magistrate Judge Jeremy D. Peterson (dial-in number: 1-888-204-5984; passcode: 4446176). The parties should be prepared to discuss the status of the case and all pending matters.

IT IS SO ORDERED.

Dated: <u>July 2, 2019</u>   _____
UNITED STATES MAGISTRATE JUDGE

No. 203