UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY D. SPARKS,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:18-cv-00778-JDP<br><br>ORDER SETTING CASE FOR STATUS CONFERENCE<br><br>ORDER SETTING DEADLINE FOR OPENING BRIEF |

Plaintiff Rodney D. Sparks appealed defendant's decision denying his application for Social Security benefits by filing a complaint before this court on June 7, 2018. ECF No. 1. The court set a status conference for August 14, 2019, *see* ECF No. 13, and then ordered plaintiff to show cause why the case should not be dismissed for failure to prosecute, *see* ECF No. 14. While the second of these orders stated that the status conference would be cancelled unless plaintiff showed cause, *see id*. at 2, plaintiff represented credibly that he never received the court's order. He thus called to join the status conference. At the conference, plaintiff showed cause for why the case should not be dismissed for failure to prosecute.

The court held a further status hearing on August 19, 2019, to discuss scheduling.

In the interest of efficiently resolving a matter that has been repeatedly delayed, I will now

set the case on an accelerated briefing schedule.

**Order**

1. Plaintiff's opening brief is due August 21, 2019, by the close of business.
2. Defendant's response is due September 6, 2019, by the close of business.
3. Any reply from plaintiff is due September 13, 2019, by the close of business.
4. This matter is set for oral argument on September 17, 2019 at 2 p.m. before Magistrate Judge Jeremy D. Peterson (dial-in number: 1-888-204-5984; passcode: 4446176).

IT IS SO ORDERED.

Dated: August 19, 2019

_____
UNITED STATES MAGISTRATE JUDGE

No. 205.