UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY D. SPARKS,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:18-cv-00778-JDP<br><br>ORDER REGARDING PRO SE REPRESENTATION |

Claimant Rodney D. Sparks, who is proceeding without a lawyer, has appealed defendant's decision denying his application for Social Security benefits and has filed a complaint before this court. ECF No. 1. On August 21, 2019, the court issued an order setting oral argument for 2:00 p.m. on September 17, 2019. ECF No. 18.

I understand that Mr. Sparks is receiving assistance with his appeal from a non-lawyer. In anticipation of the upcoming oral argument, I call attention to the requirements of Local Rule 183(a): "Any individual who is representing himself or herself without an attorney must appear personally or by courtesy appearance by an attorney admitted to the Bar of this Court *and may not delegate that duty to any other individual*, including husband or wife, or any other party on the same side appearing without an attorney" (emphasis added). In accordance with this rule, plaintiff will need to present his own case at the September 17 hearing; the non-lawyer who has

1

been assisting him will not be able to participate directly in oral argument.

IT IS SO ORDERED.

Dated: August 21, 2019

UNITED STATES MAGISTRATE JUDGE

No. 205